# Exhibit 3

# SCHNEIDER ROTHMAN
Intellectual Property Law Group, PLLC

4651 North Federal Highway, Boca Raton, FL 33431
P: (561) 404-4350 | F: (561) 404-4353 www.sriplaw.com

JOEL B. ROTHMAN
Board Certified in Intellectual Property Law
Direct: (561) 404-4335 | joel.rothman@sriplaw.com

October 17, 2017

Admitted to Practice
Florida, New York, Georgia,
and the Federal Courts of
New York
Florida
Colorado
Texas
Arkansas
W.D. Tennessee
Washington DC

**VIA UPS and EMAIL:  alex@cigarbundles.com**
Cigar Bundles of Miami
Mr. Alex Herrada
405 SE 1st Avenue
Florida City, FL  33034

Re:     **Bryan Glynn v. Cigar Bundles of Miami**
        **Our File No.:  00248-0009**

Dear Mr. Herrada,

We write on behalf of our client Bryan Glynn, a photographer, for purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim and refer them to the enclosed demand pursuant to § 627.4137, Florida Statutes, for insurance information in this matter.

*Bryan Glynn ("Glynn")*
Our client is an experienced professional photographer who makes a living from photography.  Glynn is an experienced professional photographer.  Glynn is a master of lighting with extensive experience in using both natural light and flashes to get spectacular results in any environment.  Glynn also is the founder of CigarObsession (at www.cigarobsession.com) and the producer of one of the most popular cigar video review YouTube channels.  Over the years, Glynn has worked in different areas of photography including architecture, weddings, models, landscapes, concerts, sports, and tabletop. Glynn has won many awards, both local and National, and his photographs have been published in magazines and newspapers across the country. Glynn retains all copyrights to his photographs. Glynn licenses his copyrighted works, such as the ones in this case, for commercial use.

Glynn retains all copyrights to his photographs.  Glynn licenses his copyrighted works, such as the one in this case, for commercial use.

Cigar Bundles of Miami
Mr. Alex Herrada
October 17, 2017
Page 2

The work at issue is shown below.  At the time the Work was created, Glynn applied copyright management information to the Work as shown.



Glynn registered the Work with the Register of Copyrights on January 21, 2017 and was assigned the registration number VA 1-271-409.

*Infringement by Defendants*
The infringement at issue was identified on May 1, 2017.  We have enclosed contemporaneous evidence of the infringement by Cigar Bundles of Miami.

You have employed our client's image in at least the manner indicated in the evidence attached.  Your unauthorized use commenced on at least the date indicated above.  You are fully aware that the work you used is our client's work.  No one from your company ever sought a license from our client to use the image for any purpose.

You have copied, displayed and distributed our client's image without permission, license or consent.  The use of a creator's photographic image without written consent or

Cigar Bundles of Miami
Mr. Alex Herrada
October 17, 2017
Page 3

license violates the United States Code, Title 17, and The Copyright Act. The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation. This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's image. Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's image, please provide us with this evidence so we may avoid further controversy or litigation.  Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to Glynn when a work is infringed or altered.  Section 504 permits Glynn to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed.  Glynn can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales. Glynn's photographs are of the highest quality.  Glynn's photographs are also scarce since he is one of the only sources of such quality photographs.

Glynn's damages are not limited to what Glynn would have agreed to license the work for prior to the infringement. Rather, Glynn's actual damages will be measured by the fair market value of the photograph considering Cigar Bundles of Miami's use to sell and promote its business.  Glynn's actual damages must be measured in light of Cigar Bundles of Miami's use of Glynn's high quality and unique photographs.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, Glynn can offer evidence of the actual cost to take the photographs infringed on a time and materials basis.

Cigar Bundles of Miami
Mr. Alex Herrada
October 17, 2017
Page 4

Section 504 of the Copyright Act permits Glynn to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Glynn will also be entitled to Cigar Bundles of Miami's profits from the infringement, based upon the revenue Cigar Bundles of Miami earned in connection with the use of Glynn's photograph.

Alternatively, Glynn could seek statutory damages for infringement in an amount of up to $30,000.00 per work infringed. There is also the possibility that a judge or jury could determine that Cigar Bundles of Miami's infringement was willful. If Cigar Bundles of Miami's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

There is also the issue of the removal of Glynn's copyright management information. 17 USC 1203(c)(3)(B) permits Glynn to recover statutory damages of not less than $2,500 or more than $25,000 per violation of the prohibition against alteration or removal of copyright management information contained in Section 1202. Based upon Cigar Bundles of Miami's removal of Glynn's CMI, Glynn will seek the maximum statutory damages of $25,000 per photograph against Cigar Bundles of Miami for this violation.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1. the full nature and extent of the use of our client's image, in any and all formats;
2. representative copies in any and all tangible form and media in which our client's image were incorporated or employed; and
3. the source of the image;

Upon receipt of this information we will consider and determine an appropriate amount of compensation required to be paid to our client in compensation.

Cigar Bundles of Miami
Mr. Alex Herrada
October 17, 2017
Page 5


Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by November 11, 2017, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

Joel B. Rothman
Board Certified in Intellectual Property Law

JBR/jcj
Enclosures

  CART

Home / Brands / Gurkha / Gurkha Beauty 6x50

# Gurkha Beauty 6x50

~~$19.99~~ $18.99
(You save $1.00)

(No reviews yet)   Write a Review

**Shipping:**
Calculated at Checkout





**Extras:** *Required*

○ Add Triple Torch With Punch $5.00 Extra
○ Add 5 Long Filler Mystery Sticks $10.00 Extra
○ Add Extra Sticks and the Lighter $15.00 Extra
○ Just Send Me the Sticks!

**Quantity:**

 1 

[ Add to Cart ]   [ Add to Wish list ]



## Description

A work of art from Gurkha.

Built for the true connoisseur, Gurkha Beauty is a sophisticated, mild-bodied cigar loaded with elegant and enjoyable flavors. Each patiently crafted cigar comes attractively packaged inside a heavy, opaque glass tube....incredible presentation, the norm for Gurkha cigars. Utilized is an ultra-rare blend of 5-year old tobaccos and a superior Connecticut-seed wrapper that might bring a tear to your eye. Beauty offers a divine experience

Single Stick 6x50

"Amazing"

### Related Products

Customers Also Viewed



#### Gurkha Heritage Maduro Toro

$11.99 As low as $8.99



#### Gurkha Heritage Kingsman

$12.99 As low as $10.49



#### Gurka Ghost Angel Tube

$10.99 As low as $8.99



#### Gurkha Ghost Excorsi 6x60

$9.99 $7.99

### Connect With Us

    

| | |
|---|---|
| Lounge | Undercover Farm Bundles |
| Contact us | Premium Bundles |
| Shipping & Returns | Select Reserve Bundles |
| Privacy and Terms | Dominican Bundles |
| Blog | Cigar Sampler's |
| Sitemap | Flavored Cigars |
| | Brands |
| | Accessories |

| Popular Brands | Info |
|---|---|
| Prestige imports | *405 se 1st ave* |
| Padron | *Florida city,fl 33034* |
| CIGAR CADDY | *United States of America* |
| STINKY | **Call us at 7866017168** |
| Kafie 1901 | |
| MCB MADE IN MIAMI | |
| Acid | |
| FIREBIRD | |
| Janda Cigars | |
| View All | |

### Subscribe to our newsletter

Get the latest updates on new products and upcoming sales

Your email address

**Subscribe**

  

© 2017 www.cigarbundlesofmiami.com



**SCHNEIDER ROTHMAN**
Intellectual Property Law Group, PLLC
4651 North Federal Highway, Boca Raton, FL 33431
P: (561) 404-4350 | F: (561) 404-4353 www.sriplaw.com

**JOEL B. ROTHMAN**
Board Certified in Intellectual Property Law
Direct: (561) 404-4335 | joel.rothman@sriplaw.com

October 17, 2017

Admitted to Practice

Florida, New York, Georgia,
and the Federal Courts of
New York
Florida
Colorado
Texas
Arkansas
W.D. Tennessee
Washington DC

**VIA UPS and EMAIL:  alex@cigarbundles.com**
Cigar Bundles of Miami
Mr. Alex Herrada
405 SE 1st Avenue
Florida City, FL  33034

Re:     **Bryan Glynn v. Cigar Bundles of Miami**
        **Our File No.:  00248-0009**

Dear Mr. Herrada,

We write pursuant to § 627.4137, Florida Statutes, to demand a response with insurance information for each known policy of liability insurance your clients may have that may provide coverage for all or a portion of our client's claims in this matter:

(a) The name of the insurer.

(b) The name of each insured.

(c) The limits of the liability coverage.

(d) A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement, and

(e) A copy of the policy.

Thank you in advance for your anticipated cooperation.

Sincerely,

Joel B. Rothman
Board Certified in Intellectual Property Law

# SCHNEIDER ROTHMAN
Intellectual Property Law Group, PLLC
4651 North Federal Highway, Boca Raton, FL 33431
P: (561) 404-4350 | F: (561) 404-4353 www.sriplaw.com

JOEL B. ROTHMAN
Board Certified in Intellectual Property Law
Direct: (561) 404-4335 | joel.rothman@sriplaw.com

Admitted to Practice
Florida, New York, Georgia
and the Federal Courts of
New York
Florida
Colorado
Texas
Arkansas
Michigan
W.D. Tennessee
Washington DC

November 14, 2017

**VIA US MAIL and EMAIL:alex@cigarbundlesofmiami.com**
Mr. Alex Herrada
Cigar Bundles of Miami
405 SE 1st Avenue
Florida City, FL 33034

Re:  Bryan Glynn v. Cigar Bundles of Miami
     Our File No.: 00248-0009

Dear Mr. Herrada,

We write this follow up letter on behalf of our client Bryan Glynn, for the purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated October 17, 2017, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has been removed. However, this does not dispose of our client's claim. It is imperative that you respond to us. If we do not hear back from you, we will be forced to take further steps to protect our client's rights including by filing a lawsuit against you. We also repeat our demand that you tender this claim to your insurance carrier. We look forward to your prompt response.

Sincerely,

Schneider Rothman Intellectual Property Law Group, PLLC

Joel B. Rothman
Board Certified in Intellectual Property Law

JBR/jcj
Enclosure