# Exhibit 4

I believe this is a simple misunderstanding we are a tiny Mom and pop shop there is no money here image will be removed we had no malice or knowledge of ownership of image we simply like everyone use google. Please find attached report showing 0 sales on this item since it was added.

Thank you,

Alex Herrada

President

www.cigarbundlesofmiami.com

405 SE 1st Ave

Florida city,Florida 33034

On Oct 17, 2017, at 1:30 PM, Jamie James <jamie.james@sriplaw.com> wrote:

Dear Mr. Herrada,

Attached please find correspondence from attorney Joel Rothman.

Sincerely,

Jamie James

### Jamie Christine James

Paralegal

4651 N. Federal Hwy

Boca Raton, FL 33431

Direct: (561) 990-3534

jamie.james@sriplaw.com

www.sriplaw.com

<2017.10.17. Demand Letter to Cigar Bundles.pdf>

<2017.10.17. Insurance Demand Letter Cigar Bundles.pdf>

