UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-20313

BRYAN E. GLYNN,

    Plaintiff,

v.

THAT CUBAN CIGAR SPOT INC. D/B/A
CIGAR BUNDLES OF MIAMI,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff BRYAN E. GLYNN, by and through his undersigned counsel, and pursuant to Local Rule 16.2.F of the Southern District of Florida, hereby notifies the Court that the parties have reached a settlement and requests until April 20, 2018 in which to file a Stipulation of Dismissal.

Dated: March 22, 2018

                              */s/Joel B. Rothman*
                              ALEXANDER C. COHEN
                              FL Bar No. 1002715
                              alex.cohen@sriplaw.com
                              JOEL B. ROTHMAN
                              FL Bar No. 98220
                              joel.rothman@sriplaw.com

                              **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
                              4651 N. Federal Hwy
                              Boca Raton, FL 33431
                              561.404.4350 – Telephone
                              561.404.4353 – Facsimile

                              *Counsel for Plaintiff Bryan E. Glynn*

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March 22, 2018, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/Joel B. Rothman
JOEL B. ROTHMAN

## SERVICE LIST

Mr Edward S. Polk
Cole, Scott & Kissane, P.A. - Miami
9150 South Dadeland Boulevard
Suite 1400
Miami, FL 33156
edward.polk@csklegal.com
*Attorney for That Cuban Cigar Spot Inc. d/b/a Cigar Bundles of Miami*